UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MERCEDES EZELL, | No. CV 08-03794-GAF (VBK) |
| Petitioner, | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| FRANKLIN COUNTY CHILDREN SERVICES, | |
| Respondent. | |

Pursuant to 28 U.S.C. §636, the Court has made a *de novo* review of the Federal Writ of Federal Habeas Corpus ("Petition") and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, and (2) Judgment be entered dismissing the Petition with prejudice.

DATED: 7/30/00

GARY A. FEESS
UNITED STATES DISTRICT JUDGE