UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MERCEDES EZELL, | ) | No. CV 08-03794-GAF (VBK) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| FRANKLIN COUNTY CHILDREN SERVICES, | ) ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: 7/30/08

GARY A. FEES
UNITED STATES DISTRICT JUDGE